UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JOHN WIDEMAN,                         :
    Petitioner,                       :
                                      :
    v.                                : CASE NO. 3:02cv1422(AWT)
                                      :
JOHN J. ARMSTRONG,                    :
    Respondent.                       :

<u>ORDER</u>

The petitioner, John Wideman ("Wideman"), commenced this action for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 by petition filed on August 15, 2002. Respondent submitted his answer on September 23, 2002.

Wideman is entitled to the requested relief "only on the ground that he is in custody in violation of the Constitution or laws or treaties of the United States." 28 U.S.C. § 2254(a). Because Wideman's ineffective assistance of counsel claim was adjudicated on the merits in state court, he can prevail only if the adjudication of the claim in state court either:

> (1) resulted in a decision that was contrary to, or involved an unreasonable application of, clearly established Federal law, as determined by the Supreme Court of the United States; or
> (2) resulted in a decision that was based on an unreasonable determination of the facts in light of the evidence presented in the

State court proceeding. 28 U.S.C. § 2254(d).

Wideman has not addressed this standard in his petition and has not filed a motion or memorandum addressing this standard in over two years that this case has been pending. Accordingly, Wideman is directed to file a memorandum in support of his petition addressing how the state court adjudication of his ineffective assistance of counsel claim is contrary to or an unreasonable application of clearly established Supreme Court law or how the state court unreasonably determined the facts in light of the evidence presented. Wideman shall file his memorandum on or before **February 28, 2005.** Failure to comply with this order will result in the dismissal of this action for failure to prosecute. Respondent shall file any memorandum in opposition within **twenty-one** days after Wideman filed his memorandum.

**SO ORDERED** this 20th day of January, 2005, at Hartford, Connecticut.

_____/s/_____
Alvin W. Thompson
United States District Judge