UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOHN WIDEMAN,
   Petitioner        :       CIVIL NO. 3:02CV1422(AWT)

v.        :

JOHN J. ARMSTRONG,        :       MARCH 18, 2005
   Respondent

## APPEARANCE

Please enter the appearance of:

> MICHAEL E. O'HARE
> Supervisory Assistant State's Attorney
> Civil Litigation Bureau
> Office of the Chief State's Attorney
> 300 Corporate Place
> Rocky Hill, Connecticut 06067
> Tel. (860) 258-5887
> Fax. (860) 258-5968
> Federal Bar No. ct 05318

for the respondent.

> _____
> MICHAEL E. O'HARE
> Supervisory Assistant State's Attorney

## CERTIFICATION

I hereby certify that a copy of the foregoing document was mailed, postage prepaid, first class mail, to Attorney John R. Williams, 51 Elm Street, Suite 409, New Haven, Connecticut 06510, Tel. No. (203) 562-9931, Fax No. (203) 776-9494, on March 18, 2005.

> _____
> MICHAEL E. O'HARE
> Supervisory Assistant State's Attorney