10

FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2005 MAR 21 P 12: 03

US DISTRICT COURT
HARTFORD CT

| | | |
|---|---|---|
| JOHN WIDEMAN,<br>Petitioner, | : | PRISONER |
| | : | Case No. 3:02CV1422 (AWT) |
| v. | : | |
| JOHN J. ARMSTRONG,<br>Respondent. | : | MARCH 18, 2004 |
| | : | |

## MOTION FOR ENLARGEMENT OF TIME
## WITHIN WHICH TO COMPLY WITH ORDER

Pursuant to Rule 9 (b) of the Local Rules of Civil Procedure for the District of Connecticut, the respondent hereby moves for an enlargement of time of thirty-two days, or until **April 22, 2005**, to file his response to the petitioner's petition for a writ of habeas corpus.

This is the respondents' first request for an extension of time with respect to this court's order to respond to the petitioner's memorandum in support of his petition for a writ of habeas corpus. On March 17, 2005, counsel for the respondent contacted Attorney John R. Williams, counsel for the petitioner, to ascertain whether he objected to the respondent's motion for an enlargement of time. Mr. Williams indicated that he had no objection to respondent's motion.

The grounds for this motion are as follows:

1. The petitioner was convicted of kidnaping in the first degree, in violation of General Statutes §53a-92, sexual assault in the first degree, in violation of General Statutes §53a-70, accessory to sexual assault in the first degree, in violation of General Statutes §§ 53a-8 and 53a-70, and conspiracy to commit kidnaping in the first degree and sexual assault in the first degree, in violation of General Statues §§53a-48, 53a-92 and 53a-70 in the Connecticut Superior Court for the Judicial District of Fairfield. On May 7, 1993, the trial court, *Maiocco, J.*, sentenced the

Extension GRANTED, to and including
April 22, 2005. It is so ordered.

AMTW-Thompson, U.S.D.J.
Hartford, CT    3/23/05

2005 MAR 24 P 12:59
US DISTRICT COURT
HARTFORD CT