UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 APR 26  A 10: 59
U.S. DISTRICT COURT
HARTFORD, CT

JOHN WIDEMAN,
    Petitioner,

    v.

JOHN J. ARMSTRONG,
    Respondent.

: Case No. 3:02CV1422 (AWT)
:
:
:
:
: APRIL 25, 2005
:

## MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO COMPLY WITH ORDER

Pursuant to Rule 9 (b) of the Local Rules of Civil Procedure for the District of Connecticut, the respondent hereby moves, *nunc pro tunc*, for an enlargement of time of seven days, or until **April 29, 2005**, to file his response to the petitioner's petition for a writ of habeas corpus.

This is the respondents' second request for an extension of time with respect to this court's order to respond to the petitioner's memorandum in support of his petition for a writ of habeas corpus. On April 25, 2005, counsel for the respondent contacted Attorney John R. Williams, counsel for the petitioner, to ascertain whether he objected to the respondent's motion for an enlargement of time. Mr. Williams indicated that he had no objection to the respondent's motion.

The grounds for this motion are as follows:

1.    The petitioner was convicted of kidnaping in the first degree, in violation of General Statutes §53a-92, sexual assault in the first degree, in violation of General Statutes §53a-70, accessory to sexual assault in the first degree, in violation of General Statutes §§ 53a-8 and 53a-70, and conspiracy to commit kidnaping in the first degree and sexual assault in the first degree, in violation of General Statues §§53a-48, 53a-92 and 53a-70 in the Connecticut Superior Court for the Judicial District of Fairfield. On May 7, 1993, the trial court, Maiocco, J., sentenced the petitioner to imprisonment for twenty years. The petitioner's convictions were affirmed by the Connecticut

Extension GRANTED, nunc pro tunc,
to and including April 29, 2005.
It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT  5/4/05