14

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 MAY 13 P 4: 30
US DISTRICT COURT
HARTFORD CT

| | | |
|---|---|---|
| JOHN WIDEMAN, | : | |
| Petitioner, | : | Case No. 3:02CV1422(AWT) |
| v. | : | |
| JOHN J. ARMSTRONG, | : | MAY 13, 2005 |
| Respondent. | : | |

## MOTION FOR ENLARGEMENT OF TIME
## WITHIN WHICH TO COMPLY WITH ORDER

Pursuant to Rule 9 (b) of the Local Rules of Civil Procedure for the District of Connecticut, the respondent hereby moves, *nunc pro tunc*, for an enlargement of time of seventeen days, or until **May 16, 2005**, to file his response to the petitioner's petition for a writ of habeas corpus.

This is the respondents' third request for an extension of time with respect to this court's order to respond to the petitioner's memorandum in support of his petition for a writ of habeas corpus. On May 13, 2005, counsel for the respondent contacted Attorney John R. Williams, counsel for the petitioner, to ascertain whether he objected to the respondent's motion for an enlargement of time. Mr. Williams indicated that he had no objection to the respondent's motion.

The grounds for this motion are as follows:

1. The petitioner was convicted of kidnaping in the first degree, in violation of General Statutes §53a-92, sexual assault in the first degree, in violation

Extension GRANTED, nunc pro tunc, to and including May 16, 2005. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT   5/17/05