**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
------------------------------x
                              :
JOHN WIDEMAN,                 :
                              :
        Petitioner,           :
                              :
v.                            :   Civ No. 3:02CV01422(AWT)
                              :
JOHN J. ARMSTRONG,            :
                              :
        Respondent.           :
                              :
------------------------------x
```

**REFERRAL TO MAGISTRATE JUDGE**

This case is referred to Magistrate Judge <u>Donna F. Martinez</u> for the following purposes:

\_\_\_\_\_    All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

\_\_\_\_\_    A ruling on all pretrial motions, except dispositive motions (orefmisc./dscv)

\_\_\_\_\_    To supervise discovery and resolve discovery disputes (orefmisc./dscv)

__X__    A ruling on the following motion(s), which is/are currently pending:(orefm.)
- Doc.# <u>1</u> <u>Petition for Writ of Habeas Corpus</u>

\_\_\_\_\_    A settlement conference (orefmisc./cnf)

\_\_\_\_\_    A conference to discuss the following:  (orefmisc./cnf) _____

\_\_\_\_\_    Other:  (orefmisc./misc)_____

SO ORDERED this 6th day of June 2005, at Hartford, Connecticut.

/s/
Alvin W. Thompson
United States District Judge