UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN WIDEMAN | : |
| v. | :    CASE NO. 3:02CV1422(AWT) |
| JOHN J. ARMSTRONG | : |

<u>JUDGMENT</u>

This action having come on for consideration of a petition for writ of habeas corpus pursuant to 28 U.S.C. §2254 before the Honorable Donna F. Martinez, United States Magistrate Judge, and the Honorable Alvin W. Thompson, United States District Judge, and,

The Honorable Donna F. Martinez, having considered the petition and the full record of the case including applicable principles of law, and having filed a recommended ruling denying the petition because the petitioner has not demonstrated that Attorney Butler's performance fell below an objective standard of reasonableness, and the court having entered an order accepting the recommended ruling, it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendant John J. Armstrong, and this case is dismissed.

Dated at Hartford, Connecticut, this 21st day of September, 2006.

                                            KEVIN F. ROWE, Clerk

                                      By        /s/
                                                Sandra Smith
                                                Deputy Clerk